IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02007-GPG

**DAVID LEE BURKHART**,

    Applicant,

v.

**LOU ARCHEULETA**, Warden; and
**THE ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's Motion Requesting Immediate Release of Petitioner for Failure to Follow Court Order and Failure to File Pre-Answer Response (ECF No. 11) is **DENIED**. Respondent filed its Pre-Answer on October 30, 2015 (ECF No. 8).

Dated:  November 9, 2015