IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02007-LTB

**DAVID LEE BURKHART**,

    Applicant,

v.

**LOU ARCHEULETA**, Warden; and
**THE ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 4, 2016, it is hereby

    **ORDERED** that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 4 day of January, 2016.

                                          FOR THE COURT,

                                          JEFFREY P. COLWELL, Clerk

                                          By: s/  A. García Gallegos
                                                Deputy Clerk